UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

The New York Times Company

and Kenneth P. Vogel

*(List the name(s) of the plaintiff(s)/petitioner(s).)*

18 Civ. 02095 ( ) ( )

- against -

United States Department of Justice

*(List the name(s) of the defendant(s)/respondent(s).)*

**AFFIRMATION OF SERVICE**

I, *(print your name)* Charles Seidell, declare under penalty of perjury that I served a copy of the attached *(list the names of the documents you served)*: Complaint, Exhibit A, Exhibit B, Exhibit C, Exhibit D, Exhibit E, Exhibit F, Exhibit G, Civil Cover Sheet, Rule 7.1 Corporate Disclosure, and Summons

upon all other parties in this case by *(state how you served the documents, for example, hand delivery, mail, overnight express)* U.S.P.S. Certified Mail to the following persons *(list the names and addresses of the people you served)*: United States Attorney, Southern District of New York, Civil Division, 86 Chambers St. 3rd Floor, New York, NY 10007; Attorney General of the United States, U.S. Department of Justice, 950 Pennsylvania Avenue, NW, Washington, DC 20530-0001

on *(date you served the document(s))* March 9, 2018.

3/12/2018
Dated

*(signature)*
Signature
120 Dwight St. APT 505
Address
New Haven, CT
City, State
06511
Zip
914-924-9952
Telephone Number
charles.seidell@ylsclinics.org
E-Mail Address

*Rev. 01/2013*