# EXHIBIT H

Case 1:18-cv-02095-SDA   Document 43-8   Filed 11/09/18   Page 2 of 2
New York Times and Vogel v. U.S. DOJ, 18 Civ. 2095 (SDNY)
Vaughn index for litigation--not a FOIA release

| Record category | Page count | Description | status | applicable exemptions | other note |
| --- | --- | --- | --- | --- | --- |
| 1 | 12 | correspondence between counsel for Manafort, Gates, and DMP International and DOJ | withheld in full (WIF) | WIF under 7(A); also contains material subject to exemptions 4, 6, and 7(C) | |
| 2 | 2 | correspondence between counsel to Flynn and Flynn Intel Group and DOJ | WIF | WIF under 7(A); also contains material subject to exemptions 6 and 7(C) | |
| 3 | 56 | exhibits to Hermitage Capital Management complaint | WIF | WIF under 7(A); also contains material subject to exemptions 4, 6, 7(C), and 7(F) | |
| 4 | 220 | documents pertaining to one or more law enforcement investigations | WIF | WIF under 7(A); also contains material subject to exemptions 4, 5, 6, and 7(C) | |
| 5 | tens of thousands | documents on DVD found in FARA Unit files | WIF | WIF under 7(A); also may contain material subject to exemptions 4, 6, and 7(C) | |
| 6 | 1624 emails, some of which also have attachments | internal DOJ emails | WIF | WIF under 7(A); also may contain material subject to exemptions 4, 5, 6, 7(C), 7(E), and 7(F) | The emails and attachments were gathered in native format, so no page count is available. A small number of these records are under further review and may be released if the government determines exemption 7(A) does not apply. |