UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

The New York Times Company and Kenneth P. Vogel,

                Plaintiffs,

-against-

United States Department of Justice,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/3/2019

1:18-cv-02095 (LAK) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

Following oral argument on the parties' cross-motions for summary judgment, it is hereby Ordered as follows:[1]

1. The Government shall re-review the documents set forth in Categories 1-3, 4 and 6 of the *Vaughn* Index (*see* ECF No. 43-8) in light of relevant developments to date and produce any additional documents, or portions thereof, that it no longer contends are subject to Exemption 7(A). No later than May 3, 2019, the Government shall file a letter with the Court indicating the status of its re-review and, if necessary, proposing a deadline for its completion.

2. No later than May 3, 2019, the Government's counsel shall review with his client(s)

---

[1] Nothing in this Order shall be construed as a determination regarding the legal standard governing the time at which the alleged interference should be evaluated, or any other matter of law. Nor should this Order be construed as a determination that the Government should or must produce additional documents or provide additional information. As discussed further on the record, the Court's Order is in response to the Government's statements during oral argument as they pertain to the particular facts of this case and seeks only to clarify the record prior to the Court's issuance of a Report and Recommendation to the District Judge.

the *ex-parte* declarations submitted to the Court to determine whether any additional information contained in those declarations can be publicly disclosed. The Government then shall file either redacted versions of one or both declarations or a letter to the Court confirming that no additional information shall be released.

3. No later than May 3, 2019, the Government shall produce any documents included in Category 6, as to which Exemption 7(A) does not apply. (*See* Gov't Mem. L. In Support Mot. Summ. J., ECF No. 44, at 5 n.6.)

**SO ORDERED.**

DATED:    New York, New York
          April 3, 2019

_____
STEWART D. AARON
United States Magistrate Judge